Form ntcplp

# United States Bankruptcy Court

## District of South Dakota

| | |
|---|---|
| **In re:** | **Case Number: 10–50307** |
| | **Chapter: 13** |

**LeRoy Wayne Brehm**
SSN/ITIN xxx–xx–9142

### TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS

PLEASE TAKE NOTICE Debtor(s) has/have completed all payments under their confirmed plan and any subsequent court–approved modifications of the confirmed plan.

PLEASE TAKE FURTHER NOTICE Debtor(s) must file a Debtor's Certification and Request for Discharge in compliance with Bankr. D.S.D. R. 3072–1B(b) on or before **June 23, 2011**.

PLEASE TAKE FURTHER NOTICE this case may be administratively closed without the entry of a discharge if Debtor(s) does/do not timely comply with Bankr. D.S.D. R. 3072–1B(b).

PLEASE TAKE FURTHER NOTICE the local bankruptcy rules and a sample Debtor's Certification and Request for Discharge are available on the Court's website at www.sdb.uscourts.gov.

Dated: May 25, 2011

s/ Dale A. Wein

Chapter 13 Trustee