United States Bankruptcy Court
District of South Dakota

In re:                                                        Case No. 10-50307-CLN
LeRoy Wayne Brehm                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0869-5        User: bdool            Page 1 of 1          Date Rcvd: Jun 21, 2011
                            Form ID: b18w          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2011.
```
db           +LeRoy Wayne Brehm,    2504 Alamo Drive,    Rapid City, SD 57702-5198
1008601       Ace Loan Co.,    25331 1H 10 West, Ste. 101,    San Antonio, TX 78257
1008602      +Allied Interstate,    Consumer Service Dept.,    PO Box 361477`,    Columbus, OH 43236-1477
1015738      +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
1008605      +Cash N Go,    1430 Haines Ave. #104,    Rapid City, SD 57701-0612
1008606      +Cashcall, Inc.,    17350 Brookhurst St.,    Fountain Valley, CA 92708
1008607      +Check Into Cash,    107 E. North St.,    Rapid City, SD 57701-1549
1012821       Department of Veteran Affairs,    113 Comanche Road,    Fort Meade, SD  57741-1002
1012822       Department of Veterans Affairs,    PO Box 530269,    Atlanta, GA  30353-0269
1008608       Dept of Social Services,    700 Government,    Pierre, SD 57501
1008610      +Gentry Finance Corp.,    2130 Jackson Blvd. #2,    Rapid City, SD 57702-3801
1008611      +Home Federal,    225 S. Main Ave.,    PO Box 5000,    Sioux Falls, SD 57117-5000
1008612      +Master Finance Co.,    1000 Cambell St., Ste. 3,    Rapid City, SD 57701-3000
1008613      +Money Lenders,    1601 Cambell St.,    Rapid City, SD 57701-3970
1008614      +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
1008616      +Quick Cash Loans, Inc.,    1306 Cambell St. #B,    Rapid City, SD 57701
1008618      +Rapid Recovery,    PO Box 3626,    Rapid City, SD 57709-3626
1008619       Rapid Recovery Collection, Inc.,    PO Box 5002,    Rapid City, SD 57709-5002
1008620      +Regional Adjustment Bureau,    7000 Goodlett Farms Parkway,    Memphis, TN 38016-4916
1008621      +Robert E. Hayes,    c/o SD Housing Develp. Authority,    3060 E. Elizabeth Street,    P.O. Box 1237,
               Pierre, SD 57501-1237
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
1008603       EDI: ARSN.COM Jun 21 2011 20:48:00      Associated Recovery Systems, Inc.,    P.O. Box 469046,
               Escondido, CA 92046-9046
1008604      +EDI: CAPITALONE.COM Jun 21 2011 20:48:00      Capital One,    POB 30281,
               Salt Lake City, UT 84130-0281
1008609      +EDI: RMSC.COM Jun 21 2011 20:48:00      GEMB/Walmart,    POBox 981400,    El Paso, TX 79998-1400
1008600       EDI: IRS.COM Jun 21 2011 20:53:00      Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, PA 19114
1028150       EDI: RESURGENT.COM Jun 21 2011 20:48:00      LVNV Funding LLC its successors and assigns,
               c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
1008615      +EDI: PINNACLE.COM Jun 21 2011 20:48:00      Pinnacle Financial Group,
               7825 Washington Ave. S., Ste. 310,    Minneapolis, MN 55439-2424
1008617       E-mail/Text: bklaw@qwest.com Jun 21 2011 20:47:06      Qwest,    PO Box 91073,
               Seattle WA 98111-9173
1010131      +EDI: WFFC.COM Jun 21 2011 20:48:00      WELLS FARGO,    P.O. BOX 7648,    BOISE, ID 83707-1648
1019125      +EDI: WFFC.COM Jun 21 2011 20:48:00      Wells Fargo Bank,    PO Box 5058 MAC P6053-021,
               Portland, OR 97208-5058
                                                                                               TOTAL: 9
```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2011**                    **Signature:**   *Joseph Speetjens*

Form B18W

# United States Bankruptcy Court

District of South Dakota

In re:  
**LeRoy Wayne Brehm**  
SSN/ITIN xxx–xx–9142

Case Number 10–50307  
Chapter 13

**ORDER DISCHARGING DEBTOR(S) AFTER COMPLETION OF CHAPTER 13 PLAN**

It appearing Debtor(s) is(are) entitled to a discharge,

IT IS HEREBY ORDERED the Debtor(s) is(are) granted a discharge under 11 U.S.C § 1328(a).

So ordered on June 21, 2011 .

BY THE COURT

*[signature]*

Charles L. Nail, Jr.  
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 13 CASE**

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That Are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to § 502 of the Bankruptcy Code.

**Debts That Are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Debts that are in the nature of alimony, maintenance, or support;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts provided for under § 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due; and

f. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained.


**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**